Benjamin Taishoff and Phillip Taishoff, Copartners, Doing Business as Taishoff Bros., Respondents, v. Nathan Coyne and Israel Kaufman, Appellants, Impleaded with Samuel Palley, Defendant.— Judgment and order affirmed, with costs. No opinion. Woodward, Burr, Rich and Carr, JJ., concurred; Thomas, J., dissented.

Winfield S. Taylor and George Pearson, Composing the Firm of Taylor & Pearson, Respondents, v. Bernard F. Guinan, Appellant.— Judgment and order affirmed, with costs, on the opinion of Mr. Justice Putnam at Trial Term. (Reported in 67 Misc. Rep. 262.) Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Bant Tishman, Appellant, v. Becky Lebendiger, Respondent.— Order of the Municipal Court granting new trial on the ground of newly-discovered evidence reversed, with costs to the appellant, and motion denied, on the authority of *Cheever* v. *Scottish Union & Nat. Ins. Co.* (86 App. Div. 331). Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

Mary B. Tower, Respondent, v. Albert E. Tower, Appellant.— Order modified so that the amount of the bond to be given shall be reduced to the sum of $50,000, and as so modified affirmed, without costs; or, if defendant elects, he may apply to the Special Term to give security for the payment of alimony by a mortgage on some of his real property. No opinion. Woodward, Burr, Thomas, Rich and Carr, JJ., concurred.

United Building Material Company, Respondent, v. The City of New York and Others, Defendants, Impleaded with William E. Paine and Benjamin B. Odell, Jr., as Receivers of Thomas McNally Company, and Others, Appellants. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Thomas, Rich and Carr, JJ., concurred; Burr, J., dissented.